UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH KOZEL,

    Plaintiff,

v.                                            Case No: 8:14-cv-2084-T-36EAJ

SALAMANDER INNISBROOK, LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on November 12, 2014 (Doc. 19). In the Report and Recommendation, Magistrate Judge Jenkins recommends that the Court grant the parties' Joint Motion to Approve FLSA Resolution (Doc. 15). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed, and the time to do so has expired.

Upon careful consideration of the Report and Recommendation of the Magistrate Judge, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The parties' Joint Motion to Approve FLSA Resolution (Doc. 15) is **GRANTED**.

3. The settlement of the claim under the FLSA is **APPROVED**, as it constitutes a reasonable resolution of a bona fide dispute.

4. The Complaint is **DISMISSED WITH PREJUDICE.**

5. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on December 2, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Magistrate Judge Elizabeth A. Jenkins
Counsel of Record